UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Ana Mejia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13096-DRH |
| *Jamee Schaefer-Oney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20011-DRH |
| *Christi Lucas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12723-DRH |
| *Jacqueline Curriz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12714-DRH |
| *Karlynn Davis v. Bayer HealthCare, et al. Pharmaceuticals Inc., et al.* | No. 10-cv-13773-DRH |
| *Yolanda Grimm v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11071-DRH |
| *Mary Holman-Giles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10080-DRH |
| *Danielle Van Ark v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10557-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 24, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:** /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.04.28 14:12:04 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT